

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00472-CV

James **PEREZ**,
Appellant

v.

Jaime **CERDA** and Carmen Cerda,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2021CVI001809-D3
Honorable David E. Garcia, Judge Presiding

PER CURIAM

Sitting:     Irene Rios, Justice
           Lori Massey Brissette, Justice
           Adrian A. Spears II, Justice

Delivered and Filed: April 2, 2025

DISMISSED

On March 18, 2025, appellant filed a motion to voluntarily dismiss this appeal. Appellant's motion represents the parties have reached an agreement to settle their dispute, and the trial court has rendered an "Agreed Final Judgment."[1] The motion contains a certificate of service to appellees, who have not opposed the motion.

---

[1] Appellant also filed a letter advising the court of the same and attaching the agreed final judgment, signed by the trial court, as an exhibit.

We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). Because the motion does not indicate that the parties agreed otherwise, costs of appeal are taxed against appellants. *See id.* R. 42.1(d).


PER CURIAM